# EXHIBIT A

## NOTICE OF TERMINATION OF COPYRIGHT GRANT PURSUANT TO
## 17 U.S.C. SECTION 203

Chicken Soup For the Soul Entertainment, Inc.  Halcyon Television, LLC
132 East Putnam Avenue, Floor 2W             132 East Putnam Avenue, Floor 2W
Cos Cob, CT 06807-0700                        Cos Cob, CT 06807-0700

    Re:    *Notice of Termination of Copyright Grant by Larry J. McMurtry*

    PLEASE TAKE NOTICE that, pursuant to section 203 of the United States Copyright Act of 1976, 17 U.S.C. section 203(a), the undersigned, James L. McMurtry, residing at 1517 Sunrise Terrace, Lockhart, TX 78644, and Norma Faye Kesey McMurtry, residing at 550 Pearl Street, Apt. 405, Eugene, OR 97401-1606, hereby terminate the grant of rights for the work entitled "Lonesome Dove" (the "Work") written by Larry J. McMurtry (the "Author"), including, but not limited to, all grants and transfers of copyright, all rights of the copyright proprietor and all publication rights under copyright made pursuant to the applicable agreement in connection with such Work, i.e., the Agreement between Author and Motown Productions dated March 18, 1985, and executed by the Author on March 22, 1985 ("Agreement").

    This Notice will be recorded with the U.S. Copyright Office in compliance with law.

    The attached Schedule A ("Schedule") sets forth the: (1) effective date of termination; (2) applicable agreement and execution date; (3) original grantee and successors-in-interest; (4) registration numbers and dates; (5) date of publication of the Work, all as applicable.

    Based on a reasonable investigation of the available records, it appears that Chicken Soup for the Soul Entertainment, Inc. and Halcyon Television, LLC, at the address listed above, are the current owners of or claimants to the rights in and to the Work under the Agreement, as successors-in-interest to the original grantee, as set forth in the attached Schedule.

    This Notice is being served upon Chicken Soup for the Soul Entertainment, Inc. and Halcyon Television, LLC and effected by James L. McMurtry, the sole child of the Author, and by Norma Faye Kesey McMurtry, the surviving widow of the Author, who together hold the right and authority to execute this Notice of Termination. Accordingly, this Notice is signed by all persons necessary to terminate the grant of copyright pursuant to 17 U.S.C. section 203.

    A copy of this Notice was mailed to the current claimants/successors-in-interest to the original grantee at the address above by Certified Mail, Return Receipt Requested, on February 10, 2022.

Dated: 4Th day of February, 2022

James L. McMurtry
1517 Sunrise Terrace
Lockhart, TX 78644

Dated: 31 day of January, 2022

Norma Faye Kesey McMurtry
550 Pearl Street, Apt. 405
Eugene, OR 97401-1606

## SCHEDULE A TO THE NOTICE OF TERMINATION OF COPYRIGHT GRANT PURSUANT TO 17 U.S.C. SECTION 203

Author: Larry J. McMurtry

Work: Lonesome Dove

Registration No./date: TX0001585164 (6/5/1985)

Date of creation: 1984

Copyright Claimant: Larry J. McMurtry

Publication date: (Lonesome Dove miniseries): 2/5/1989

Author executing grant: Larry J. McMurtry

Individuals effecting notice of termination of grant: James L. McMurtry (Author's sole child) and Norma Faye Kesey McMurtry (Author's widow)

Agreement and date: Agreement between Larry J. McMurtry and Motown Productions dated March 18, 1985, and executed by Author on March 22, 1985

Original grantee and successors-in-interest: Motown Productions, Robert Halmi, Inc., Qintex Productions, Inc., RHI Entertainment, Inc., Hallmark Entertainment, Sonar Entertainment Productions, LLC

Current owner/claimant of rights under Agreement/successors-in-interest: Chicken Soup for the Soul Entertainment, Inc., Halcyon Television, LLC

Address of current owner/claimant of rights under Agreement/successors-in-interest: 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807-0700

Effective date of termination: February 15, 2024