UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
HALCYON TELEVISION, LLC,

                Plaintiff,

        v.                                        Case No. 1:22-cv-04608-AKH

JAMES L. MCMURTRY and NORMA FAYE KESEY
MCMURTRY,

                Defendants.
-------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law In Support of Defendants' Motion for Judgment on the Pleadings and the Declaration of Julie B. Wlodinguer dated November 7, 2022, and the exhibits annexed thereto, and all other papers and proceedings herein, defendants James L. McMurtry ("James") and Norma Faye Kesey McMurtry ("Faye" and collectively with James, "Defendants"), by their undersigned attorneys, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on November 29, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, for judgment in Defendants' favor on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, an Order awarding Defendants their costs and expenses, including reasonable attorneys' fees, incurred in defending this action, and such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), plaintiff Halycon Television, LLC shall file its opposition, if any, by November 21, 2022 and Defendants shall file their reply, if any, within seven (7) days after service of Plaintiff's answering papers.

Dated: November 7, 2022                    Respectfully submitted,

**REITLER KAILAS & ROSENBLATT LLP**

By <u>/s/ Julie B. Wlodinguer</u>
Robert W. Clarida
Julie B. Wlodinguer
885 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 209-3050
Fax: (212) 371-5500
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

*Attorneys for Defendants*

To:   All Counsel of Record via ECF