IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HALCYON TELEVISION, LLC,<br><br>                Plaintiff,<br>- against -<br><br>JAMES L. MCMURTRY and NORMA FAYE KESEY MCMURTRY,<br><br>                Defendants. | Case No. 1:22-cv-04608-AKH<br><br>**STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties, that the above-captioned Action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without any order as to attorneys' fees or costs. The parties agree that they will be responsible for their own attorneys' fees and costs associated with the above-captioned Action.

Dated: New York, New York
       April 10, 2023

| | |
|---|---|
| **PRYOR CASHMAN LLP**<br><br>_/s/ Robert J. deBrauwere_<br>Robert J. deBrauwere<br>Nicholas Saady<br>7 Times Square<br>New York, New York 10036<br>Tel. (212) 421-4100<br>Fax. (212) 326-0806<br>rdebrauwere@pryorcashman.com<br>nsaady@pryorcashman.com<br><br>_Attorneys for Plaintiff_ | **REITLER KAILAS & ROSENBLATT LLP**<br><br>_/s/ Robert W. Clarida_<br>Robert W. Clarida<br>Julie B. Wlodinguer<br>885 Third Avenue, 20th Floor<br>New York, New York 10022<br>Tel: (212) 209-3050<br>Fax: (212) 371-5500<br>rclarida@reitlerlaw.com<br>jwlodinguer@reitlerlaw.com<br><br>_Attorneys for Defendants_ |